IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07mj062-SRW |
| ) | |
| AZUCENAS GARCIA ) | |
| JUAN UBALDO-VIEZCA ) | |

**<u>ORDER</u>**

On July 2, 2007, the Magistrate Judge held a preliminary hearing in the above-styled case. Based on the evidence adduced at the hearing, the Magistrate Judge concludes that there is probable cause to believe that the defendants committed the offense charged in the complaint. Therefore, the defendants are bound over to the district court for further proceedings.

DONE, this 2nd day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE