FILED
JUL 18 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:07cr139-WKW |
| ) | [21 USC §§841(a)(1); |
| AZUCENAS GARCIA and ) | 952, 960; |
| JUAN UBALDO-VIEZCA ) | 18 USC §2] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about June 25, 2007, in Montgomery County, in the Middle District of Alabama, and elsewhere, the Defendants,

AZUCENAS GARCIA and
JUAN UBALDO-VIEZCA,

did knowingly and intentionally import into the United States from a place outside the United States; to wit: Mexico, in excess of five (5) kilograms of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952 and 960.

## COUNT 2

On or about June 26, 2007, in Montgomery County, in the Middle District of Alabama, the Defendants,

AZUCENAS GARCIA and
JUAN UBALDO-VIEZCA,

did knowingly and intentionally possess with intent to distribute in excess of five (5) kilograms of a mixture or substance containing a detectable amount of cocaine

hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

A.     Counts 1 through 2 of this indictment are hereby repeated and incorporated herein by reference.

B.     Upon conviction for the violation of Title 21, United States Code, Section 841(a)(1) as alleged in Counts 1 through 2 of this indictment, the Defendants,

AZUCENAS GARCIA and
JUAN UBALDO-VIEZCA,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said Defendants obtained, directly or indirectly, as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of any violation alleged in Counts 1 through 2 of this indictment.

C.     If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the Defendants:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or,

    (5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853,

intends to seek an order of this Court forfeiting any other property of said Defendants up to the value of the forfeitable property, in violation of Title 21, United States Code, Section 841.

                                                              A TRUE BILL

                                            */s/ Deputy Marilyn Presley*
                                              Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
JOHN T. HARMON
Assistant United States Attorney

_____
CHRISTA D. DEEGAN
Assistant United States Attorney

3