IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:07cr139-WKW |
| | ) | |
| AZUCENAS GARCIA | ) | |
| JUAN UBALDO-VIEZCA | ) | |

## ORDER TO PRODUCE PRISONERS
## FOR ARRAIGNMENT

TO:    United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for August 1, 2007 in the above-styled case.

You are DIRECTED to produce the following named prisoners: AZUCENAS GARCIA

and JUAN UBALDO-VIEZCA before the United States District Court at Courtroom5-B, on the

1st day of August, 2007, at 10:30 am.

DONE, this the 19th day of July, 2007.

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

By:

Deputy Clerk