IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr139-WKW |
| | ) | |
| JUAN UBALDO-VIEZCA, | ) | |

## **ORDER**

Upon consideration of defendant's motion to continue arraignment (Doc. # 24), filed July 21, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The arraignment currently set for August 1, 2007, be and hereby is **reset to July 25, 2007, at 9:00 a.m.,** Courtroom 5-A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk of the Court is DIRECTED to provide an Interpreter for this proceeding.

Done, this 24th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE