IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF** | * | |
| | * | |
| v. | * | CR. NO. 2:07-cr-139-WKW |
| | * | |
| **JUAN UBALDO-VIEZCA,** | * | |
| **DEFENDANT** | * | |

## AMENDED MOTION TO CONTINUE

Comes now Defendant, Juan Ubaldo-Viezca, by and through counsel of record, and moves the Court to continue or reschedule the Pre-Trial Conference of Defendant and for cause states as follows:

1. The Court has set this matter for Pre-Trial Conference on August 27, 2007.

2. This case is set for trial on the November 5th trial docket.

3. Counsel for Defendant will be in Georgia from August 25 through August 27, 2007.

4. Though Defendant is presently detained, he will not be prejudiced by a continuance of the Pre-Trial Conference.

5. Counsel also has as trial set in Montgomery County Circuit Court on August 29th, 2007, however, he will be available on August 30th and any day thereafter.

Wherefore, the above matters considered, Defendant prays this Court grant his motion and continue the Pre-Trial Conference in Defendant's case to sometime after August 29, 2007.

Respectfully submitted this day, August 6, 2007.

        /s/Timothy C. Halstrom
        Timothy C. Halstrom
        Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

    I hereby certify that on August 6, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the appropriate counsel for the United States and to other interested parties:

        /s/Timothy C. Halstrom
        Timothy C. Halstrom
        Bar Number HAL021