IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr139-WKW |
| | ) | |
| JUAN UBALDO-VIEZCA | ) | |
| AZUCENAS GARCIA | ) | |

## **ORDER**

Upon consideration of defendant Ubaldo-Viezca's motion to continue and amended motion to continue pretrial conference (Doc. ## 33, 34), filed August 6, 2007, and for good cause, it is

ORDERED that the motions be and hereby are GRANTED. The pretrial conference for both defendants is **re-scheduled from August 27, 2007 to 9:00 a.m. on August 31, 2007** in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

All other deadlines shall remain in effect.

DONE, this 7th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE