Monday
Aug 6th
2007

RECEIVED
2007 AUG -8 A 9:57

CR. NO. 2:07-CR-139-WKW

Dear Sir,

I'm writing this letter to ask this Court to dismiss my lawyer, And Appoint New Counsel. I'm having someone Eles write this letter since I can not read or write English.
My lawyer Does Not Explain things to me Nor does he try to understand what I'm trying to say to him.
I beg this Court to Appoint me a New Lawyer who will work with me And help me, And Not hurt me.

Juan Ubaldo-Viezca
Montgomery City Jail.
P.O. Drawer 159
Montgomery, Al
36101

Sincerly.
Juan Ubaldo