IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF** | * | |
| | * | |
| v. | * | CR. NO. 2:07-cr-139-WKW |
| | * | |
| **JUAN UBALDO-VIEZCA,** | * | |
| **DEFENDANT** | * | |

## EX PARTE MOTION TO WITHDRAW AS COUNSEL

Comes now the undersigned counsel for Defendant, Juan Ubaldo-Viezca, and moves the Court for permission to withdraw as counsel of record and in support thereof states as follows:

1. On August 6, 2007, Defendant filed a letter with the Court which the Court has entitled, "Motion to Appoint Counsel." (Document 36)

2. On August 9, 2007, the undersigned Counsel met with Defendant to discuss his grievances and found Defendant agitated over the progress in his case. Counsel left the meeting with a misunderstanding that the issues had been resolved.

3. On August 15, 2007, the undersigned again met with Defendant with an interpreter present. Defendant was highly agitated and listed numerous concerns he had with the representation he had received from counsel. Defendant was emotional in his insistence that different counsel be appointed to represent him to the point where expletives were expressed in his anger.

4. It is the undersigned counsel's considered opinion that the attorney client

relationship has been so severely damaged that counsel's continued representation of Defendant would not be in Defendant's best interest in receiving . It is counsel's further belief that Defendant is sincere and genuine in his concerns and they are not for the purposes of delay or to interfere with justice.

5.    It is counsel's opinion that it is urgent that this matter be addressed by the court as soon as practical and that new and different counsel be appointed to represent Defendant.

Wherefore the above matters considered, the undersigned prays this court grant his motion and permit him to withdraw as counsel of record and to appoint new counsel to represent Defendant.

Respectfully submitted this day, August 6, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email