IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr139-WKW |
| | ) | |
| JUAN UBALDO-VIEZCA, | ) | |

**<u>ORDER</u>**

Upon consideration of defendant's pro se motion to appoint counsel (Doc. # 36), filed August 8, 2007 and defendant attorney's motion to withdraw (Doc. # 38), filed August 15, 2007, and for good cause, it is

ORDERED that a hearing to address the motions be and hereby is scheduled for August 23, 2007 at 2:00 p.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk of the Court is DIRECTED to provide an interpreter for the hearing.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

DONE, this 16th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE