IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
|     PLAINTIFF * | |
| * | |
| v. * | CR. NO. 2:07-cr-139-WKW |
| * | |
| JUAN UBALDO-VIEZCA, * | |
|     DEFENDANT * | |

**MOTION TO SUPPRESS STATEMENTS**

Comes now Defendant, Juan Ubaldo-Viezca, by and through counsel of record, and moves the Court to suppress the introduction or any reference to statements made by Defendant to law enforcement officers and for cause states as follows:

1. On or about June 26, 2007, Defendant was a passenger in a vehicle being driven by co-defendant Azucenas Garcia when the vehicle was the subject of a traffic stop on Interstate 65 South of Montgomery.

2. Defendant is a Spanish speaking legal alien who has been found in need of an interpreter for all proceedings before the Court.

3. Subsequent to the stop, law enforcement officers including State Troopers elicited several statements from Defendant without advising him of his Miranda Rights in his own language (Spanish).

4. In *Miranda v. Arizona, 384 U.S. 436 (1966)*, the Supreme Court ruled that a person in police custody must be advised of his right to remain silent and his right to the

assistance of counsel prior to interrogation. In order to waive these rights, the waiver must be knowing and voluntary. *Moran v. Burbine, 475 U.S. 412* (1986).

5.	The Eleventh Circuit has stated "language barriers may in some instances impair an individual's ability to waive his rights in a knowing manner." *United States v. Chong, 829 F.2d 1572, 1574* 11th Cir.) While in the Chong case, the defendant was advised of his rights in both his native language and English, here law enforcement officers spoke to Defendant only in English, read the Miranda warning to Defendant in English, and the rights form presented to Defendant was in English. During cross-examination at the preliminary hearing, Trooper Herman testified Defendant was a Spanish speaking individual and that none of the officers involved in the questioning of Defendant spoke Spanish.

Wherefore, the above matters considered, Defendant prays this Court grant his motion and suppress the statements made to law enforcement officers on June 26, 2007.

Respectfully submitted this day, August 23, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the appropriate counsel for the United States and to other interested parties:

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021