IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                     ) | CR. NO. 2:07cr139-WKW |
| ) | |
| JUAN UBALDO-VIEZCA                       ) | |
| AZUCENAS GARCIA                           ) | |

## **ORDER**

For good cause, it is

ORDERED that the pretrial conference for both defendants in this matter, previously scheduled for August 31, 2007, be and hereby is rescheduled for 1:30 p.m. on September 4, 2007 in courtroom 5-B, Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 27th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE