IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 2:07cr139-WKW |
| | ) |
| JUAN UBALDO-VIEZCA | ) |
| AZUCENAS GARCIA | ) |

## **ORDER**

Upon consideration of defendants' motions to suppress (Doc. ##  42, 43 ), filed August 23, 2007, and for good cause, it is

ORDERED that the motions are set for hearing at 1:30 p.m. on September 4, 2007 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter and interpreter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE, this 27th day of August, 2007.

/s/ Susan Russr Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

Case 2:07-cr-00139-WKW-SRW   Document 46   Filed 08/27/2007   Page 2 of 2