IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr139-WKW |
| | ) | |
| JUAN UBALDO-VIEZCA | ) | |

## **ORDER**

Upon consideration of defendant's motion to appoint counsel (Doc. # 36), filed August 8, 2007, defendant's motion to withdraw as attorney (Doc. # 38), filed August 15, 2007, and the matters discussed at the hearing held August 23, 2007, and for good cause, it is

ORDERED that the motions be and hereby are GRANTED.  It is hereby ORDERED that Russell Duraski is appointed as a CJA panel attorney to represent the defendant in the above-referenced case.  The appointed attorney shall file a written notice of appearance with this court.

DONE, this 27th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE