IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 AUG 28 A 9: 25

DEBRA P. HACKETT, CLK
US DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| **United States of America** | * | |
| | * | |
| v. | * | Case No. 2:07-cr-139-WKW |
| | * | |
| **Juan Ubaldo-Viezca** | * | |

### MOTION TO CONTINUE

Comes now the Defendant in the above-styled matter, by and through his attorney of record, and files this his MOTION TO CONTINUE and shows to the Court as follows:

1. This matter is set for a Suppression Hearing on September 4, 2007.

2. The undersigned counsel was not appointed until August 27, 2007.

3. New counsel needs additional time to prepare for said hearing.

4. The United States Attorney does not oppose this request for a continuance.

Wherefore, the Defendant respectfully requests that this matter be rescheduled no sooner than the week of September 17, 2007.

Respectfully submitted this 28th day of August, 2007.

Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama 36117

Telephone: (334) 260-9733
FAX: (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 28th day of August, 2007.

*/s/ Russell T. Duraski*
Russell T. Duraski (DUR007)
Attorney for Defendant

Christa D. Deegan, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197