**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. No.: 2:07cr139-WKW** |
| | ) | |
| **AZUCENAS GARCIA and** | ) | |
| **JUAN UBALDO-VIEZCA** | ) | |

**UNOPPOSED JOINT MOTION TO CONTINUE TRIAL**

    **COMES NOW** the Defendants, Azucenas Garcia, by and through, Kevin L. Butler, and Juan

Ubaldo-Viezca by and through Russell T. Duraski, move this Court, pursuant to 18 U.S.C. §§ 3161

(h)(1)(F), (h)(1)(I), (h)(7), (h)(8)(B)(i), (h)(8)(B)(ii), and (h)(8)(B)(iv), for a continuance of their

November 5, 2007 trial setting. In support of this motion, Defendant would show:

1.    The defendants are each charged with conspiracy to possess and distribute in excess of five

    (5) kilograms of cocaine and possession with intent to distribute in excess of five (5)

    kilograms of cocaine.

2.    The government alleges the defendants obtained the cocaine in Mexico and engaged in

    conspiratorial activities in the Houston, Texas area prior to their apprehension in Alabama.

    As a result of the out of district nature of the case, the case investigation is time consuming

    and complex.

3.    Both defendants have filed pretrial motions to suppress evidence. Each of which will likely

    require evidentiary hearings. In order to allow the court time to fully and fairly receive

    necessary evidence and testimony and resolve the issues presented additional time is

    necessary.

4.     Counsel for Mr. Ubaldo-Viezca, Russ Duraski, was appointed on or about August 27, 2007 and needs addition time for case, trial and potential sentencing preparation.

5.     Finally, additional time will also allow the parties the opportunity to negotiate a pretrial resolution of this matter and eliminate the need for a trial.   Additional time will also allow the court to fully review the terms of any proposed resolutions.

6.     For these reasons it is in the interest of justice to continue trial from the presently scheduled November 5, 2007 trial date.

7.     Undersigned counsel has personally spoken with Russell T. Duraski who jointly requests the continuance for the reasons set forth in this pleading.

8.     The United States, by and through Christa D. Deegan, does not oppose this requested continuance.[1]

9.     Requests for a continuance are addressed to the sound discretion of the trial court.  United States v. Darby, 744 F.2d 1508, 1521 (11th Cir. 1984), reh. denied 749 F.2d 733, cert. denied 471 U.S. 1100 (1985).  A continuance in order to allow defense counsel "the reasonable time necessary for effective preparation" for trial is one of the factors considered significant by the Speedy Trial Act. United States v. Davenport, 935 F.2d 1223, 1235 (11th Cir. 1991); 18 U.S.C. 3161 (h)(8)(B)(iv).   The Eleventh Circuit has repeatedly recognized that a continuance in order to provide adequate preparation by counsel serves the ends of justice. United States v. Goetz, 826 F.2d 1025, 1028 (11th Cir. 1987 ) (upholding, against speedy trial claim, a continuance of eighty days to allow new counsel to prepare for trial); United

---

[1]     As a result of recent Supreme Court precedent and the terms of 18 U.S.C. § 3161 the defendants are not required to submit speedy trial waivers.  However, out of the abundance of caution, attached to this pleading is Mrs. Azucenas Garcia's speedy trial waiver.

States v. Elkins, 795 F.2d 919, 924 (11th Cir. 1986), cert. denied 479 U.S. 952 ( 1986)

(upholding against speedy trial claim, a continuance to allow new counsel time to prepare);

United States v. Sarro, 742 F.2d 1286, 1300 (11th Cir. 1984), reh, denied 751 F.2d 394

(1984).  In this case, the ends of justice will be served by allowing the defense adequate time

to locate all information relevant and necessary to prepare a defense to the charges .

10.    Additionally, pursuant to 18 U.S.C. §§ 3161 (h)(1)(F), (h)(1)(I), (h)(7), (h)(8)(B)(i),

(h)(8)(B)(ii), and (h)(8)(B)(iv) , this Court has authority to continue trial if it is in the interest

of justice to allow counsel necessary time to prepare a complex case, allow the full and fair

resolution of pretrial motions and allow adequate time for plea negotiations.

   **WHEREFORE**, for the foregoing reasons, the defendants respectfully requests that his trial

date be continued from the presently scheduled date of November 5, 2007.

   Dated this 30th day of August, 2007.

   Respectfully submitted,

   s/ Kevin L. Butler
   KEVIN L. BUTLER
   First Assistant Federal Defender
   201 Monroe Street, Suite 407
   Montgomery, Alabama 36104
   Phone: (334) 834-2099; Fax: (334) 834-0353
   E-mail: kevin_butler@fd.org
   AZ Bar Code: 014138

3

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. No.: 2:07cr139-WKW** |
| | ) | |
| **AZUCENAS GARCIA and** | ) | |
| **JUAN UBALDO-VIEZCA** | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 30, 2007, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notification of such filing to the following:

Christa Deegan, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104

                                  Respectfully submitted,


                                  s/ Kevin L. Butler
                                  KEVIN L. BUTLER
                                  First Assistant Federal Defender
                                  201 Monroe Street, Suite 407
                                  Montgomery, Alabama 36104
                                  Phone: (334) 834-2099
                                  Fax: (334) 834-0353
                                  E-mail: kevin_butler@fd.org
                                  AZ Bar Code: 014138