IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr139-WKW |
| | ) | |
| JUAN UBALDO-VIEZCA | ) | |
| AZUCENAS GARCIA | ) | |

## **ORDER**

Upon consideration of defendant Juan Ubaldo-Viezca's motion to continue suppression hearing (Doc. # 48), filed August 28, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.  The suppression hearing previously set for 1:30 p.m. on September 4, 2007 be and hereby is **rescheduled for 9:00 a.m. on November 30, 2007** in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter and interpreter for this proceeding. If the defendants are in custody, the United States Marshal or the person having custody of the defendants shall produce the defendants for this proceeding.

DONE, this 5th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE