IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 SEP 18 A 9: 21

United States of America        *
                                *
v.                              *   Case No. 2:07-cr-139-WKW
                                *
Juan Ubaldo-Viezca              *

**MOTION FOR INTERPRETER SERVICES**

Comes now the Defendant in the above-styled matter, by and through his attorney of record, and files this his MOTION FOR INTERPRETER SERVICES and shows to the Court as follows:

1. The undersigned counsel was appointed on August 27, 2007.

2. The Defendant's primary language is Spanish and counsel does not speak Spanish.

3. An interpreter is necessary for the effective communication between counsel and client.

Wherefore, the Defendant respectfully requests that an interpreter be appointed in this matter.

Respectfully submitted this 18th day of September, 2007.

Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama 36117

Telephone: (334) 260-9733
FAX: (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 18th day of September, 2007.

Russell T. Duraski (DUR007)
Attorney for Defendant

Christa D. Deegan, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197