IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

United States of America

v.                              *   Case No. 2:07-cr-139-WKW
                                *
Juan Ubaldo-Viezca              *

**MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS**

Comes now the Defendant in the above-styled matter, by and through his attorney of record, and files this his MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS and shows to the Court as follows:

1. The undersigned counsel was appointed on August 27, 2007.

2. Because of the late appointment, counsel was without sufficient time to prepare and file certain motions on behalf of the Defendant.

3. This matter is not set for trial until February 4, 2008 so there is sufficient time now for counsel to file any additional motions.

Wherefore, the Defendant respectfully requests that he be allowed until October 15, 2007 to file any additional motions in this matter.

Respectfully submitted this 19th day of September, 2007.

Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama 36117

Telephone: (334) 260-9733
FAX: (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 19th day of September, 2007.

/s/ Russell T. Duraski
Russell T. Duraski (DUR007)
Attorney for Defendant

Christa D. Deegan, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama   36101-0197