IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07cr139-WKW |
| ) | |
| JUAN UBALDO-VIEZCA ) | |

## **ORDER**

Upon consideration of defendant's motion for leave to file additional motions (Doc. # 58), filed September 20, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 26th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE