IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | CR. NO. 2:07cr139-WKW |
| ) | |
| JUAN UBALDO-VIEZCA ) | |

### **ORDER**

Upon consideration of defendant's motion for interpreter services (Doc. # 56), filed September 18, 2007, and upon the court's finding that such services are necessary and that the defendant is financially unable to obtain them, it is

ORDERED that the motion be and is hereby GRANTED pursuant to 18 U.S.C. § 3006A(e)(1). Compensation to be paid to an interpreter for services rendered shall not exceed the maximum designated by statute, exclusive of reimbursement for expenses reasonably incurred. Id. at § 3006A(e)(3).[1] Necessary expenditures for fees to Spanish translation interpreters are authorized only up to the prescribed CJA limitations for the entire case at a rate not to exceed the current approved interpreter rates. The current rates for Court Certified Spanish Language interpreters are $364 for a full day, $197 for half a day, and $51 per hour or part thereof for overtime. For Non-Certified Spanish Language interpreters, the rates are $175 for a full day, $94 for half a day, and $29 per hour or part thereof for overtime

---

[1] Counsel may obtain interpreter services necessary for adequate representation without prior authorization up to $500 and expenses reasonably incurred, subject to later review. Id. at §3006A(e)(2)(A).

Because this District's federally certified interpreter for in-court matters also accommodates attorney-client interviews, prior to retaining the services of a non-federally certified interpreter, defense counsel should ascertain whether the court's interpreter can be available for any necessary interviews. When the District's certified interpreter is otherwise scheduled in the area for a court appearance, an attorney/client conference, or other appointment, she can often accommodate other appointments during the day at no extra charge; this accommodation saves her travel time, is an efficient use of taxpayer money, and reduces the impact on CJA case maximums. Counsel is directed to try to coordinate attorney-client interviews with the interpreter's schedule.

DONE, this 4th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE