IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| United States of America | * |
| | * |
| v. | *   Case No. 2:07-cr-139-WKW |
| | * |
| Juan Ubaldo-Viezca | * |

**MOTION TO ADOPT MOTION OF CODEFENDANT**

Comes now the Defendant in the above-styled matter, by and through his attorney of record, and files this his MOTION TO ADOPT MOTION OF CODEFENDANT and shows to the Court as follows:

1. The codefendant in this matter is Azucenas Garcia.

2. On or about August 23, 2007 counsel for Defendant Garcia filed a Motion to Suppress evidence on her behalf.

3. The Motion was based upon an automobile stop which occurred on or about June 26, 2007. Defendant Ubaldo was a passenger in the automobile in question; therefore, the factual allegations and arguments for Mr. Ubaldo would be identical to those of Ms. Garcia.

4. Judicial economy and the rights of both parties would be best served by allowing Defendant Ubaldo to adopt said Motion.

5. A hearing is set on Garcia's Motion on November 30, 2007 as well

as Ubaldo's previously filed Motion to Suppress Statements. Defendant Ubaldo requests that he is allowed to adopt Garcia's Motion and to be heard on the same day.

Wherefore, the Defendant respectfully requests that he be allowed to adopt the Moiton to Suppress previously filed by Defendant Garcia.

Respectfully submitted this 10th day of Octber, 2007.

Russell T. Duraski  (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama  36117
Telephone:  (334) 260-9733
FAX:  (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this _10th_ day of _October_, 2007.

_/s/ Russell T. Duraski_
Russell T. Duraski (DUR007)
Attorney for Defendant

Christa Deegan, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama  36101-0197