IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr139-WKW |
| | ) | |
| JUAN UBALDO-VIEZCA | ) | |

## **ORDER**

Upon consideration of defendant's motion to adopt motion of codefendant (Doc. # 63), filed October 10, 2007, and for good cause, it is

ORDERED that the motion be and hereby is DENIED.[1]

DONE, this 29th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The court's order on arraignment (Doc. # 30) entered July 27, 2007, states that "THE COURT WILL NOT GRANT MOTIONS TO ADOPT MOTIONS FILED BY OTHER DEFENDANTS."