# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

2007 NOV 14  A 9: 49

United States of America⁕ DEBRA P. HACKETT
           U.S. DISTRICT COURT
v.           MIDDLE DISTRICT ALA.  **Case No. 2:07-cr-139-WKW**

                          *

Juan Ubaldo-Viezca                  *

## MOTION TO WITHDRAW

Comes now the undersigned counsel for the Defendant in the above-styled matter and files this his MOTION TO WITHDRAW and shows to the Court as follows:

1. The undersigned counsel was appointed on August 27, 2007.

2. The undersigned has visited the Defendant at the City jail on numerous occassions and had several long distance conversations with his friends and family in Texas.

3. In spite of all efforts, there has been a complete and total breakdown in communications between attorney and client. The client has informed the attorney that he no longer wishes to discuss this case with him and counsel does not believe that he can continue to represent this client effectively.

Wherefore, the undersigned  respectfully requests that he is allowed

to withdraw from this matter and that new counsel be appointed to represent this client.

Respectfully submitted this 13th day of November, 2007.

Russell T. Duraski  (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama  36117
Telephone:  (334) 260-9733
FAX:  (334) 260-9735

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the Office of U. S. Attorney by placing a copy of the same in the U.S. Mail, properly addressed, and postage prepaid.

Done this _13th_ day of _November_ _____, 2007.

_Russell T. Durask_

Russell T. Duraski

Clark Morris, Esq.
Assistant U. S. Attorney
Post Office Box 197
Montgomery, Alabama  36101-0197