IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr139-WKW |
| | ) | |
| JUAN UBALDO-VIEZCA | ) | |

## **ORDER**

Upon consideration of defendant attorney's motion to withdraw (Doc. # 68), filed November 14, 2007, and for good cause, it is

ORDERED that a hearing to address the motion is scheduled for 10:45 a.m. on Monday, November 26, 2007, in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama.

The Clerk of the Court is DIRECTED to provide an interpreter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE, this 19th day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE