IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 2:07cr139-WKW |
| | ) |
| JUAN UBALDO-VIEZCA | ) |

## **ORDER**

Upon consideration of defendant's oral motion to continue suppression hearing, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The suppression hearing presently scheduled for November 30, 2007 is CONTINUED generally pending further order.

DONE, this 27th day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE