IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr139-WKW |
| | ) | |
| JUAN UBALDO-VIEZCA | ) | |

## **ORDER**

Upon consideration of defendant's attorney's motion to withdraw (Doc. # 68), filed November 14, 2007, and the matters discussed at the hearing held on November 26, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. It is hereby ORDERED that Jeff Duffey is appointed as a CJA panel attorney to represent the defendant in the above-referenced case. The appointed attorney shall file a written notice of appearance with this court.

DONE, this 28th day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE