IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 NOV 28 P 2: 56

| | | |
|---|---|---|
| **United States of America** | * | |
| | * | |
| v. | * | Case No. 2:07-cr-139-WKW |
| | * | |
| **Juan Ubaldo-Viezca** | * | |

## NOTICE OF DELIVERY OF DISCOVERY

Comes now the undersigned counsel for the Defendant in the above-styled matter and files this his NOTICE OF DELIVERY OF DISCOVERY and shows to the Court as follows:

1. The undersigned counsel shows that, pursuant to the Court's oral order in open court on November 26, 2007, he has delivered the following documents to the Defendant at the Montgomery City jail.

2. i. Copies of all photographs received in discovery.

   ii. Copies of all statements, affidavits, reports and any other document received in discovery.

   iii. A copy of the preliminary hearing transcript.

Wherefore, the undersigned respectfully shows that he has complied with the Court's order.

Respectfully submitted this 28th day of November, 2007.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 28th day of November, 2007.

Russell T. Duraski (DUR007)
Attorney for Defendant

Clark Morris, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama  36101-0197

/s/ Russell T. Duraski
Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735