**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| Plaintiff, | * |
| | * |
| V. | * CR. NO. |
| **JUAN UBALDO-VIEZA,** | * **2:07CR139-WKW** |
| | * |
| Defendant. | * |

**NOTICE OF ATTORNEY APPEARANCE-DEFENDANT**

Come now Jeffery C. Duffey and enters his appearance as appointed counsel for defendant Juan Ubaldo-Vieza

Respectfully submitted this 29th day of November, 2007.

<u>s/Jeffery C. Duffey</u>
JEFFERY C. DUFFEY
Attorney for Defendant
Juan Ubaldo-Vieza
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties.

<u>s /Jeffery C. Duffey</u>
JEFFERY C. DUFFEY
Attorney for Defendant