IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr139-WKW |
| | ) | |
| JUAN UBALDO-VIEZCA | ) | |

## **ORDER**

The court has received a number of lengthy letters, written in Spanish, from defendant. In an abundance of caution, the court had some of the letters translated prior to the hearing on defendant's counsel's motion to withdraw, but additional letters have now been received.[1]  Accordingly, and for good cause, it is

ORDERED that all future correspondence with the court shall be conducted through defendant's attorney. All letters from defendant received after this date will be returned.

DONE, this 30th day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Copies of all letters received to date, whether translated or not, have been provided to defendant's new counsel.