```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
|     Plaintiff, | * |
| | * |
| V. | * CR. NO. |
| JUAN UBALDO-VIEZCA, | * 2:07CR139-WKW |
| | * |
|     Defendant. | * |

### UNOPPOSED MOTION TO CONTINUE TRIAL

Comes now the defendant, by and through undersigned counsel, and submits the following:

1. The trial of this case is set for the term beginning February 4, 2008. Final pretrial is set for January 11, 2008.

2. The defendant is charged by indictment with two counts: (I) knowingly and intentionally importing into this country from Mexico in excess of 5 kilos of cocaine in violation of 21 USC 952 and 960; and (II) possession with intent to distribute in excess of 5 kilos of cocaine in violation of 21 USC 841(a)(1) and 18 USC 2.

3. Undersigned counsel was appointed to represent the defendant on November 28, 2008. Undersigned counsel is the third attorney to represent the defendant in this case, the other two attorneys were allowed by the court to withdraw as counsel.

4. There is pending a motion to suppress statements of

defendant. An evidentiary hearing was set for November 30, 2007, but was continued generally due to change of counsel.

5. The defendant who is a native of Mexico speaks in "broken" English, thus communication with defendant takes a great deal of carefulness, time and effort, much greater than the average client. An interpreter has been previously appointed in this case (see Doc. No. 62), and counsel expects to use the services of the interpreter for some portions of the case preparation. Counsel only received the discovery on November 29-30, 2008 and has not yet finished review of same. Counsel's initial observation indicates that there is a great deal of work needed, which includes interview of potential witnesses in the State of Alabama and the State of Texas, and possibly Mexico. The hearing on the pending motion to suppress statements was continued generally due to change of counsel, therefore a new hearing date for the pending motion to suppress will need to be set. Counsel anticipates there may be other motions that need to be filed including but not limited to a second motion to suppress. There will need to be adequate time for the motions to be ruled on within the time frames set by local rules regarding recommendations by the Magistrate Judge. Undersigned counsel has contemporaneously filed with this motion to continue a motion for leave to file additional motions past the original deadline. Because of the

above counsel needs additional time to investigate the case, prepare and file motions, prepare for motion hearing, witnesses and trial.

6. Undersigned counsel has conferred with the Government regarding this request and the government does not oppose this motion for a continuance.

7. A waiver of speedy trial executed by defendant is attached to this motion as exhibit A.[1]

8. A criminal defendant is constitutionally entitled to effective legal representation. <u>Wiggins v. Smith</u>, 539 U.S. 510 (2003); <u>Williams v. Taylor</u>, 529 U.S. 362 (2000). Indeed, the adversarial system of justice depends on effective defense counsel. <u>United States v. Cronic</u>, 466 U.S. 648, 656 (1984) ("The right to the effective assistance of counsel is thus the right of the accused to require the prosecution's case to survive the crucible of meaningful adversarial testing."). Defense counsel is under an obligation to thoroughly investigate any criminal case. It has been stated that: "[a]t the heart of effective representation is the independent duty to investigate and prepare." <u>Goodwin v. Balkcom</u>, 684 F.2d 794, 805 (11th Cir. 1982); <u>see also Rompilla v. Beard</u>,

---

[1] Defendant's initials appear on the waiver by his name in the case style and at the signature level because undersigned counsel mis-spelled "Viezca" when the document was prepared. The initials are written as "JW" because defendant insists that "Ubaldo" should be spelled as "Wbaldo." The spelling of "Ubaldo" is used because that is how the case is listed in court filings.

545 U.S. 374 (2005); <u>Wiggins</u>, 539 U.S. at 533; <u>Strickland, v. Washington</u>, 466 U.S. 668 (1984). It is defendant's contention that unless his counsel has adequate time to investigate and prepare for trial, then the right to effective assistance of counsel will be violated and defendant will be prejudiced. Defendant believes that his reasons for delay of his trial are justified.

    9.   In addition to the above undersigned counsel has jury trials the week of: (A) December 10, 2007 (<u>USA v White</u>, Middle District Alabama, case no. 07cr61-MHT); (B) January 7, 2008 (<u>Montgomery Marine Repair, Inc. V. McBride, McBride and Bass Maxx Outdoors, LLC</u>, Elmore County, Alabama Circuit Court, case no. CV-06-563-F); and (C) January 28, 2008 (<u>State v McBride</u>, Elmore County, Alabama Circuit Court, case no. CC-07-260-B). Counsel expects there to be loss of time to prepare for the instant case during those trials, and during the upcoming Christmas Holiday period

    10.   The Speedy Trial Act excludes from the trial deadline period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 USC 3161(h)(8)(A). It is believed that the ends of justice will be served by a continuance in this case.

    Wherefore, because of the above reasons undersigned

counsel requests that the trial in the above styled case be continue and reset for a term later than the February 4, 2008 term, or for such other relief as the Court deems just.

Respectfully submitted this 3rd day of December, 2007.

> s/Jeffery C. Duffey
> JEFFERY C. DUFFEY
> Attorney for
> **JUAN UBALDO-VIEZCA**
> 600 South McDonough Street
> Montgomery, AL  36104
> Phone: 334-834-4100
> Fax: 334-834-4101
> email: jcduffey@aol.com
> Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of December, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris/John Harmon, AUSA, P.O. Box 197, Montgomery, AL 36101.

> s /Jeffery C. Duffey
> JEFFERY C. DUFFEY
> Attorney for
> **JUAN UBALDO-VIEZCA**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Plaintiff, | * |
| | * |
| V. | * CR. NO. |
| JUAN UBALDO-VIEZA, | * 2:07CR139-WKW |
| | * |
| Defendant. | * |

### WAIVER OF SPEEDY TRIAL RIGHTS

I, **JUAN UBALDO-VIEZA**, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. 3161 et seq, and that this waiver will be filed in support of a motion to continue my trial date. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

I, Jeffery C. Duffey, as attorney for defendant represent that I have read this document to defendant, that he understands and agrees with this waiver of speedy that, and that it will be filed in support of a motion to continue the trial date.

_12-3-2007_
Date

_[signature]_
JUAN UBALDO-VIEZA
Defendant

_[signature]_
Jeffery C. Duffey
Attorney for Defendant

EXHIBIT A