```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
|     Plaintiff, | * | |
| | * | |
| V. | * | CR. NO. |
| **JUAN UBALDO-VIEZCA,** | * | **2:07CR139-WKW** |
| | * | |
|     Defendant. | * | |

**UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE MOTIONS**

Comes now the defendant, by and through undersigned counsel, and submits the following:

1. This case is set for the trial term beginning February 4, 2008; with a pretrial hearing date of January 11, 2008.

2. Defendant has this date filed an unopposed motion to continue trial date.

3. The February 4, 2008 trial date was set on September 4, 2007, and was a continuance from an earlier trial setting. See Doc. No. 52. Motion deadline for this case expired on August 25, 2007, and was not extended with the new trial setting. See Doc. No. 30.

4. Undersigned counsel was appointed to represent this indigent defendant on November 28, 2008. Undersigned counsel is the third attorney to be appointed to represent the defendant in this case, the other two attorneys were allowed

by the court to withdraw as counsel.

    5. The co-defendant Garcia previously filed a motion to suppress evidence regarding a vehicle stop and search, but defendant did not file a similar motion. Previous counsel for defendant attempted to adopt the co-defendant's motion to suppress evidence but this court did not allow the adoption as in violation of this court's pretrial order. See Doc. No. 30. Undersigned counsel has only been in this case a short period of time, has not completed a review of all the discovery and needs additional time to research and investigate to decide if a motion to suppress evidence on behalf of defendant should be filed, and whether any other additional motions should be filed on behalf of defendant in order to effectively represent defendant as counsel in the case.

    6. Undersigned counsel has conferred with the Government and the Government does not oppose this motion for additional time to file motions.

    7. A criminal defendant is constitutionally entitled to effective legal representation. Wiggins v. Smith, 539 U.S. 510 (2003); Williams v. Taylor, 529 U.S. 362 (2000). Indeed, the adversarial system of justice depends on effective defense counsel. United States v. Cronic, 466 U.S. 648, 656 (1984) ("The right to the effective assistance of counsel is thus the right of the accused to require the prosecution's case to

survive the crucible of meaningful adversarial testing."). Defense counsel is under an obligation to thoroughly investigate any criminal case. It has been stated that: "[a]t the heart of effective representation is the independent duty to investigate and prepare." Goodwin v. Balkcom, 684 F.2d 794, 805 (11th Cir. 1982); see also Rompilla v. Beard, 545 U.S. 125; Wiggins, 539 U.S. at 533; Strickland, v. Washington, 466 U.S. 668 (1984). It is defendant's contention that unless his counsel has adequate time to investigate and prepare for trial, which includes the filing of any motions deemed necessary to defendant's defense, then that right to effective representation will be violated and defendant will be prejudiced.

Wherefore, because of the above reasons undersigned counsel requests that:

a. defendant be allowed 10 days from the November 28, 2007 date of appointment of new counsel to file motions, the tenth day falls on Saturday, thus the due date falls on Monday, December 10, 2007; or

b. for such other relief the court deems just.

Respectfully submitted this 3rd day of December, 2007.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
**JUAN UBALDO-VIEZCA**
600 South McDonough Street

```
                              Montgomery, AL  36104
                              Phone: 334-834-4100
                              Fax: 334-834-4101
                              email: jcduffey@aol.com
                              Bar No.  ASB7699F67J
```

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of December, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris, AUSA, P.O. Box 197, Montgomery, AL 36101.

```
                              s /Jeffery C. Duffey
                              JEFFERY C.  DUFFEY
                              Attorney for
```
**JUAN UBALDO-VIEZCA**