IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr139-WKW |
| | ) | |
| JUAN UBALDO-VIEZCA | ) | |

## **ORDER**

Upon consideration of defendant's unopposed motion for additional time to file motions (Doc. # 80), filed December 3, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.  Pretrial motions shall be filed on or before December 10, 2007.

DONE, this 5th day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE