## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATE OF AMERICA,** | * |
| | * |
|    **PLAINTIFF,** | * |
| | * |
|    **V.** | * CR No. 2:07cr139-WKW |
| | * |
| **JUAN UBALDO-VIEZCA,** | * |
| | * |
|    **DEFENDNAT.** | * |
| | * |

### UNOPPOSED MOTION TO CONTINUE SUPPRESSION HEARING

Comes now defendant, by counsel, and submits the following:

1. On December 5, 2007, a hearing on defendant's motion to suppress was set for February 21, 2008, at 10:00 AM.

2. On November 27, 2007, a final hearing was set for February 21, 2008, at 9:00 AM in the case of <u>Chavers v. Chavers</u>, Case No. DR-05-192.01, Autauga County Circuit Court. Undersigned counsel represents the former Wife in the <u>Chavers</u> case. Copy of ordered attached as Exhibit A.

3. It appears now that the <u>Chavers</u> case will go to trial and will not settle, and will conflict with the hearing of the above styled case.  The <u>Chavers</u> case is expected to last a full day.  The Chavers case was set before the instant case was set.  Undersigned counsel did

not file this motion sooner because counsel thought the conflict would resolve.

4. Undersigned counsel has spoken with AUSA Clark Morris, attorney for the Government, and the Government does not oppose this motion.

Therefore, undersigned counsel requests that the instant case be reset to a different date so as not to conflict with the <u>Chavers</u> case.

Respectfully submitted this 16th day of January, 2008.

                                                  s/Jeffery C. Duffey
                                                  Jeffery C. Duffey

Law Office of:
Jeffery C. Duffey
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 834-4100
Fax: (334)834-4101
Email: Jcduffey@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the proper parties.

                                                  s/Jeffery C. Duffey
                                                  Jeffery C. Duffey

## IN THE CIRCUIT COURT OF
## AUTAUGA COUNTY, ALABAMA

| | | |
|---|---|---|
| DANIEL BERNARD CHAVERS, | § | |
| PLAINTIFF, | § | |
| V. | § | CASE NO. DR-05-192.01 |
| KIMBERLY DAWN CHAVERS, | § | |
| DEFENDANT. | § | |

# ORDER

This matter is before the Court on the Court's own motion. After review, the Court ORDERS as follows: **(See marked blank below.)**

_____ That this case is hereby DISMISSED for failure of the Plaintiff to prosecute.

_____ That Plaintiff is allowed an additional 21 days to perfect service. Thereafter, this matter will be dismissed without further notice.

_____ That this matter is DISMISSED for failure to perfect service.

_____ That this matter was announced settled on _____. That counsel was instructed by the Court to file a written Settlement Agreement and/or Decree within _____ days. Counsel is now allowed an additional 7 days to comply or this matter will be DISMISSED without further notice.

_____ That counsel shall file a written status report on this matter with the Court within 14 days of this Order.

_____ That counsel is allowed 14 days to file Motion for Default Judgment in this matter.

**XXX** **That this matter is set for final hearing on February 21, 2008 @ 9:00 a.m.**

_____ That this case is set for hearing to show cause on _____ at _____ a.m. for failure to mediate as Ordered by this Court.

**ORDERED** this __27th__ day of __November, 2007.__

_____
BEN A. FULLER
CIRCUIT JUDGE

FILED IN CIRCUIT CLERKS OFFICE AUTAUGA COUNTY 2007 NOV 27 PM 3:25 WHIT MONCRIEF CIRCUIT CLERK