IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr139-WKW |
| | ) | |
| JUAN UBALDO-VIEZCA | ) | |

## **ORDER**

For good cause, it is

ORDERED that the suppression hearing **previously scheduled for 10:00 a.m. on February 19, 2008 be and hereby is re-scheduled to 10:00 a.m. on February 22, 2008**, in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is DIRECTED to provide a court reporter and interpreter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 11th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE