IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:07cr139-WKW |
| ) | |
| JUAN UBALDO-VIEZCA ) | |

## **ORDER**

The court has been advised that the interpreter, due to illness, is unable to attend the suppression hearing scheduled for 10:00 a.m. tomorrow, February 29, 2008. Accordingly, and for good cause, it is

ORDERED that the hearing on defendant's motion to suppress (Doc. # 84) is CONTINUED generally. The court will reschedule the hearing by separate order.

DONE, this 28th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE