IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr139-WKW |
| | ) | |
| JUAN UBALDO-VIEZCA | ) | |

## **ORDER**

For good cause, it is

ORDERED that defendant shall file a reply to the government's response to the motion to suppress addressing the question of standing on or before March 4, 2008.

DONE, this 3rd day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE