IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:07cr139-WKW |
| ) | |
| JUAN UBALDO-VIEZCA ) | |

## **ORDER**

For good cause, it is

ORDERED that the suppression hearing scheduled for March 10, 2008 shall include any evidence to be presented on the original suppression motion (Doc. # 42) filed August 23, 2007.  This motion was originally set for hearing on September 4, 2007. When the suppression hearings scheduled for February 22, 2008 were re-set, the original suppression motion (Doc. # 42) was inadvertently omitted from the order.

DONE, this 6th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE