```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
|     Plaintiff, | * |
| | * |
| V. | * CR. NO. |
| **JUAN UBALDO-VIEZCA,** | * 2:07CR139-WKW |
| | * |
|     Defendant. | * |

### NOTICE OF POSSIBLE CONFLICT WITH HEARING DATE

Comes now the defendant, by and through undersigned counsel, and submits the following:

    1. The pre-trial hearing of this case is set for April 14, 2008 at 3:00 pm. The trial is set for the term beginning May 5, 2008.

    2. Undersigned counsel has a criminal jury trial set for April 14, 2008 in Macon County Circuit Court in the case of State v Jerido, Case NO. CC-2007-145. The Jerido case was originally set for April 14, but then moved to April 16. It has now been reset to April 14. Therefore it appears it will conflict with the pre-trial date in this case.

    3. Counsel is seeking to clarify the Jerido trial date, but gives this notice in the event the date is not changed.

Wherefore, because of the above reasons undersigned counsel gives this notice of possible conflict with the pre-trial hearing date, and in the event the conflict actually

arises requests that the pre-trial date be reset so as not to conflict.

    Respectfully submitted this 8th day of April, 2008.

                                    s/Jeffery C. Duffey
                                    JEFFERY C. DUFFEY
                                    Attorney for
                                    **JUAN UBALDO-VIEZCA**
                                    600 South McDonough Street
                                    Montgomery, AL 36104
                                    Phone: 334-834-4100
                                    Fax: 334-834-4101
                                    email: jcduffey@aol.com
                                    Bar No. ASB7699F67J

## CERTIFICATE OF SERVICE

    I hereby certify that on the 8th day of April, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris/Tommie Hardwick, AUSA, P.O. Box 197, Montgomery, AL 36101.

                                    s /Jeffery C. Duffey
                                    JEFFERY C. DUFFEY
                                    Attorney for
                                    **JUAN UBALDO-VIEZCA**