IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07-139-WKW |
| | ) | |
| JUAN UBALDO-VIEZCA | ) | |

## **ORDER**

It is ORDERED that the government shall file a response to the defendant's Objection to the Recommendation of the Magistrate Judge (Doc. # 101) **on or before April 21, 2008.**

DONE this 11th day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE