```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION

UNITED STATES OF AMERICA,        *
                                 *
     Plaintiff,                  *
                                 *
V.                               * CR. NO.
JUAN UBALDO-VIEZCA,              * 2:07CR139-WKW
                                 *
     Defendant.                  *
```

**UNOPPOSED MOTION TO CONTINUE TRIAL**

Comes now the defendant, by and through undersigned counsel, and submits the following:

1. The trial of this case is set for the term beginning May 5, 2008.

2. The defendant is charged by indictment with two counts: (I) knowingly and intentionally importing into this country from Mexico in excess of 5 kilos of cocaine in violation of 21 USC 952 and 960; and (II) possession with intent to distribute in excess of 5 kilos of cocaine in violation of 21 USC 841(a)(1) and 18 USC 2.

3. The defendant has been previously adjudged to be indigent, and undersigned counsel has been appointed to represent the defendant.

4. On April 14, 2008, several hours before the pretrial hearing the Government telephoned defendant's counsel with new information that counsel believes will have a significant

impact on defendant's trial. The Government informed counsel as soon as it learned of the new information. The Government does not at this time have any written reports of this new information. The general nature of this information was revealed to the Magistrate Judge by the Government and defendant's counsel at the pretrial hearing outside the presence of the co-defendant's counsel (co-defendant's counsel indicated to the Magistrate Judge that the co-defendant will enter a plea of guilty). Undersigned counsel has now spoken with the defendant who is detained in the Montgomery City Jail. Based upon the limited information counsel now has it is believed that defendant will be severely prejudiced if he is required to proceed to trial during the May 5, 2008 trial term. Defendant is in need of additional time to investigate the new matters to determine how best to proceed in defendant's best interest.

5. Undersigned counsel has conferred with the Government regarding this request and the government does not oppose this motion for a continuance.

6. A criminal defendant is constitutionally entitled to effective legal representation. Wiggins v. Smith, 539 U.S. 510 (2003); Williams v. Taylor, 529 U.S. 362 (2000). Indeed, the adversarial system of justice depends on effective defense counsel. United States v. Cronic, 466 U.S. 648, 656 (1984)

("The right to the effective assistance of counsel is thus the right of the accused to require the prosecution's case to survive the crucible of meaningful adversarial testing."). Defense counsel is under an obligation to thoroughly investigate any criminal case. It has been stated that: "[a]t the heart of effective representation is the independent duty to investigate and prepare." Goodwin v. Balkcom, 684 F.2d 794, 805 (11th Cir. 1982); see also Rompilla v. Beard, 545 U.S. 374 (2005); Wiggins, 539 U.S. at 533; Strickland, v. Washington, 466 U.S. 668 (1984). It is defendant's contention that unless his counsel has adequate time to investigate and prepare for this new information, then the right to effective assistance of counsel will be violated and defendant will be prejudiced. Defendant believes that his reasons for delay of his trial are justified.

    7. The Speedy Trial Act excludes from the trial deadline period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 USC 3161(h)(8)(A). It is believed that the ends of justice will be served by a continuance in this case.

    Wherefore, because of the above reasons undersigned counsel requests that the trial in the above styled case be continue and reset for a term later than the May 5, 2008 term,

or for such other relief as the Court deems just.

Respectfully submitted this 17th day of April, 2008.

                                            s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
**JUAN UBALDO-VIEZCA**
600 South McDonough Street
Montgomery, AL 36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No. ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris/Tommie Hardwick, AUSA, P.O. Box 197, Montgomery, AL 36101.

                                            s /Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
**JUAN UBALDO-VIEZCA**