IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                )
     v.                 )         2:07cr139-WKW
                )
JUAN UBALDO-VIEZCA       )

## RESPONSE TO DEFENDANT'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files its response to the Defendant's Objections to the Magistrate Judge's Report and Recommendation, as follows:

1.     Defendant filed a Motion to Suppress on December 9, 2007. (Doc. 84)

2.     The government filed its response to said motion on February 20, 2008. (Doc. 91)

3.     The Magistrate Judge held an evidentiary hearing on the motion to suppress on March 10, 2008.

4.     During such hearing, the government put forth the evidence that is summarized in the Report and Recommendation.

5.     The magistrate court issued its Report and Recommendation on March 19, 2008.  (Doc. 99)

6.     The defendant filed objections to said Report and Recommendation on March 31, 2008.  (Doc. 101)

7.     The government has reviewed the Report and Recommendation and the

Defendant's objections.  The defendant has made no new or additional arguments, contentions or assertions that have not been addressed in the government's response to the motion to suppress or in the evidentiary hearing held on March 10, 2008.

8.    Further, the government agrees with the findings in the Report and Recommendation.

9.    Therefore, the government relies on its initial response to the motion to suppress, the record developed at the suppression hearing, and the Report and Recommendation to support its position that the motion to suppress is due to be denied.

WHEREFORE, the government respectfully requests that the Court deny the defendant's motion to suppress.

Respectfully submitted, this the 21st  day of April, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA ) 
                          ) 
        v.                )                2:07cr139-WKW
                          ) 
JUAN UBALDO-VIEZCA        )

CERTIFICATE OF SERVICE

    I hereby certify that on April 21, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

the following: Jeffery Duffey.

                          Respectfully submitted,

                          LEURA G. CANARY
                          UNITED STATES ATTORNEY

                          /s/ A. Clark Morris
                          A. CLARK MORRIS
                          Assistant United States Attorney
                          131 Clayton Street
                          Montgomery, Alabama 36104
                          Telephone: (334) 223-7280
                          Fax: (334) 223-7138
                          E-mail: clark.morris@usdoj.gov