IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-139-WKW |
| | ) | (WO) |
| JUAN UBALDO VIEZCA | ) | |

### **ORDER**

On March 19, 2008, the Magistrate Judge filed a Recommendation (Doc. # 101) that defendant Ubaldo-Viezca's motions to suppress (Docs. ## 42, 84) be denied. The defendant filed a timely objection on March 31, 2008 (Doc. # 101).

The defendant objects to the finding that the traffic stop was lawful and claims that the officer did not have reasonable suspicion for detention of the parties. However, the court finds that the officer did have reasonable suspicion for the reasons put forth by the Magistrate Judge in the Recommendation and that this objection is due to be overruled.

The defendant also objects to the Magistrate Judge's finding that the defendant's consent and statements were not illegally obtained and that the stop was not based on illegal racial profiling. The defendant relies upon his arguments made in support of the motions to suppress. The court finds these objections are due to be overruled for the reasons put forth in the Recommendation.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Objection (Doc. # 101) is OVERRULED;

2. The Recommendation (Doc. # 99) of the Magistrate Judge is ADOPTED;

3. Defendant Ubaldo-Viezca's motions to suppress (Doc. ## 42, 84) are DENIED.

DONE this 22nd day of April, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE