IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 2:07cr139-WKW |
| ) | |
| AZUCENAS GARCIA and ) | |
| JUAN UBALDO-VIEZCA ) | |

**ORDER**

Upon consideration of the Motion to Strike Forfeiture Allegation (Doc. # 113), and for good cause shown, it is ORDERED that the motion is granted, and the forfeiture allegation is STRICKEN.

DONE this 8th day of July, 2008.

　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE