IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-139-WKW |
| | ) | |
| JUAN UBALDO-VIEZCA | ) | |

## **ORDER**

There is a Motion to Withdraw as Counsel (Doc. # 119) pending in this case. It is ORDERED that an on the record hearing is SET for **July 31, 2008, at 10:00 a.m.** in Courtroom 2E, Frank M. Johnson Jr. United States Courthouse Complex, Montgomery, Alabama.

DONE this 30th day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE