IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-139-WKW |
| | ) | |
| JUAN UBALDO-VIEZCA | ) | |

**ORDER**

On July 31, 2008, the court held a hearing in this case on the Motion to Withdraw as Counsel (Doc. # 119) filed by defense counsel. At that hearing, the court found there was reasonable cause to believe that Juan Ubaldo-Viezca at the time of the commission of the offense charged may have been mentally incompetent and/or may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, it is ORDERED as follows:

1. That the United States Marshal for this district immediately remove the defendant to the custody of the warden of an appropriate institution as may be designated by the Attorney General where the defendant is to be committed for the purpose of being observed and examined for a period not to exceed 45 days by one or more qualified psychiatrists or psychologists at the institution, pursuant to the provisions of 18 U.S.C. §§ 4241, 4242 and 4247(b) & (c). The 45 day period shall be counted from the day of the defendant's arrival at the designated institution.

2. That pursuant to 18 U.S.C. § 4247(c) the examining psychiatrist or psychologist conducting the mental examination of the defendant report in writing to this court within 60 days from the date of the defendant's arrival at the institution as to their findings, opinions and conclusions relative to the competency or incompetency of the defendant and specifically report to and advise this court whether or not in their opinion the defendant may be presently insane or otherwise so mentally incompetent as to be unable to understand the proceedings against him or properly assist in his own defense and further specifically report their findings, opinions and conclusion as to whether the defendant, at the time of the commission of the offense with which he is charged, was insane or mentally incompetent

3. The Clerk of this court is hereby DIRECTED to furnish the United States Marshal for this district three certified copies of this order.

4. The court RESERVES ruling on the Motion to Withdraw as Counsel (Doc. # 119).

Done this day 1st day of August, 2008.

                                    /s/  W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE